# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BOBBY JOE SMITH** | ) |
| Petitioner, | ) |
| v. | ) CIV-18-245-RAW-KEW |
| **CARL BEAR,** | ) |
| Respondent. | ) |

## ORDER

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent is hereby ordered to show cause why the writ should not issue by filing within thirty (30) days an answer to the petition, in accordance with Rule 5 of the Rules Governing Section 2254 Cases. As an alternative to filing a Rule 5 answer, Respondent may file within thirty (30) days a motion to dismiss based upon 28 U.S.C. § 2244, 28 U.S.C. § 2254, or other applicable statute. *Extensions of time will be granted for good cause only, and in no event for longer than an additional twenty (20) days.* Petitioner may submit a reply to Respondent's answer or motion within fifteen (15) days after the filing of Respondent's pleading.

**IT IS SO ORDERED** this 30th day of August, 2018.

_____
**KIMBERLY E. WEST**
**UNITED STATES MAGISTRATE JUDGE**